Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Linda Parker

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PARKER, | ) Case No.: CV 10-6109 FMO |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,700.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:      9/22/11

_____
/s/
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE

-1-