# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. CV 10-6109 FMO<br><br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Seventeen Thousand dollars ($17,000.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Laura E. Krank shall reimburse plaintiff the amount of Three Thousand and Seven Hundred dollars ($3,700.00).

Dated this 3rd day of August, 2012.

                                                    /s/<br>
                                         Fernando M. Olguin<br>
                                    United States Magistrate Judge